

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

September 6, 2023

<u>VIA ECF</u>

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Jimenez v. MSJ Consulting, LLC;* Case No. 1:23-cv-00328-AS

Dear Judge Subramanian:

We represent Defendant MSJ Consulting, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from September 6, 2023 to October 23, 2023.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

The request is GRANTED in part. All deadlines will be stayed for **30 days**. The initial pretrial conference will now take place on **October 11, 2023**. The timing and teleconference information remain the same. If the parties reach a settlement in principle before that date, they should inform the Court promptly. The Court will not further extend any deadlines in this case on the basis of pending settlement discussions. The Clerk of Court is directed to close ECF No. 29.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 7, 2023

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms